JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2019 DEC -4  PM 1:22

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CLERK U.S. DISTRICT COURT |
| | § | WESTERN DISTRICT OF TEXAS |
| Plaintiff, | § | SEALED |
| | § | BY _____ |
| v. | § | NO. EP-19-CR- |
| | § | DEPUTY |
| ALEJANDRO CARRILLO, | § | |
| a.k.a John Larranus, | § | |
| Oscar Miranda, and Jose Urueta, | § | |
| | § | **EP19CR3932** |
| Defendant. | § | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the Deputy Assistant Attorney

General for the Environment and Natural Resources Division of the U.S. Department of Justice,

and files this Motion to Seal Indictment in the above numbered cause and would show the Court

as follows:

On December 4, 2019, the Grand Jury returned a True Bill of Indictment, charging the

above named defendant in the above numbered cause.  The disclosure of the existence of the

Indictment would seriously jeopardize the ability of law enforcement officers to locate the

Defendant and apprehend Defendant without incident.  The Government therefore seeks an Order

of the Court placing the Indictment and related documents concerning the above named Defendant

in the above numbered cause under seal. **When the Defendant is arrested, the Indictment and**

**related documents will be unsealed.**

Accordingly, the United States respectfully requests that the Indictment in the above entitled and numbered cause and this Motion and Order be sealed until further order of this Court or until the Defendant is arrested.

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

By: _____

Gary N. Donner
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice