JUDGE DAVID BRIONES

FILED

2019 DEC -4 PM 1: 22

U.S. Department of Justice
United States Attorney

[REDACTED]
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## United States District Court
### Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | SEALED |
| v. | § § | CRIMINAL NO. EP-19-CR- |
| ALEJANDRO CARRILLO, a.k.a. John Larranus, Oscar Miranda, And Jose Urueta | § § § § | **EP19CR3932** |
| Defendant. | | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this ___4___ day of ___December___, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **ALEJANDRO CARRILLO** | Detain Without Bond |

Rev. 01/12