AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ALEJANDRO CARRILLO<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. EP-19-CR-3932-DB |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALEJANDRO CARRILLO aka John Larranus, Oscar Miranda, Jose Urueta                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:545 - Smuggling into U.S.
16:3372(a)(1) & 3373(d)(1)(B) - Lacey Act Wildlife Trafficking
16:3372(d)(1), 3373(d)(3)(A)(i) - Lacey Act False Wildlife Record

Date:    12/04/2019

*Issuing officer's signature*

City and state:   El Paso, Texas

E. Chairez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*