AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>ALEJANDRO CARRILLO<br><br>*Defendant* | )<br>)  Case No.  EP-19-CR-3932-DB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALEJANDRO CARRILLO aka John Larranus, Oscar Miranda, Jose Urueta  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:545 - Smuggling into U.S.
16:3372(a)(1) & 3373(d)(1)(B) - Lacey Act Wildlife Trafficking
16:3372(d)(1), 3373(d)(3)(A)(i) - Lacey Act False Wildlife Record

Date:   12/04/2019

*Issuing officer's signature*

City and state:   El Paso, Texas

E. Chairez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/19 , and the person was arrested on *(date)* 12/11/19
at *(city and state)* El Paso, Texas .

Date: 12/12/19

*Arresting officer's signature*

Justin Mays, Special Agent
*Printed name and title*