<table>
<tr><td>United States District Court<br>Western District of Texas<br>El Paso Division</td><td>FILED<br>December 13, 2019<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: ___CR___<br>Deputy</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | **Case Number: EP:19-CR-03932(1)-DB ATB** |
| § § | |
| **(1) ALEJANDRO CARRILLO** § § § | |
| *Defendant* | |

## ORDER SETTING D.C. ARRAIGNMENT / DETENTION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for D.C. ARRAIGNMENT / DETENTION in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Wednesday, December 18, 2019, at 09:00 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **December 13, 2019.**

*[signature]*

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   NO: EP:19-CR-03932(1)-DB |
| | § |
| (1) ALEJANDRO CARRILLO | § |
| | § |

**WAIVER OF PRELIMINARY HEARING**
**AND/OR DETENTION HEARING**
**(Rule 5 or 32.1, Fed.R.Crim.P.)**

**PRELIMINARY HEARING**

I, (1) ALEJANDRO CARRILLO, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) ALEJANDRO CARRILLO, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

**12/13/2019**
Date/Fecha

**(1) ALEJANDRO CARRILLO,**
Defendant/Acusado

**DETENTION HEARING**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

**12/13/2019**
Date/Fecha

**(1) ALEJANDRO CARRILLO,**
Defendant/Acusado

,
COUNSEL FOR DEFENDANT
Abogado Del Acusado