**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO.:  EP:19-CR-03932(1)-DB** |
| | § | |
| **ALEJANDRO CARRILLO** | § | |

<u>**ENTRY OF APPEARANCE OF COUNSEL**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW** THERESA CABALLERO**,** of 310 N. Mesa, Suite 502, El Paso, Texas, 79901, and files this entry of appearance on behalf of the Defendant, **ALEJANDRO CARRILLO,** in the above cause number having been so retained.

    **WHEREFORE,** the undersigned counsel requests that this Court permit this entry of appearance and requests a court date on behalf of the Defendant.

                      Respectfully submitted,

                      /s/ Theresa Caballero
                      THERESA CABALLERO
                      State Bar No.: 03569625
                      Attorney for Defendant
                      310 N. Mesa, Suite 502
                      El Paso, Texas 79901
                      Telephone: (915) 565-3550
                      Fax: (915) 562-5250