**United States District Court**

Western District of Texas

El Paso Division

FILED
December 18, 2019
Clerk, U.S. District Court
Western District of Texas

By: _____*CR*_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § | No: EP:19-CR-03932(1)-DB |
| § § | |
| (1) ALEJANDRO CARRILLO § § | |

*Defendant*

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tenders a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **18th day of December, 2019** .

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Filed 12/18/19
Clerk, U.S. District Court
Western District of Texas
By _____ Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO:   EP:19-CR-03932(1)-DB |
| (1) ALEJANDRO CARRILLO | § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
### AND
### ENTRY OF PLEA OF NOT GUILTY

**COMES NOW** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date: 12-20-19

x _____
DEFENDANT

_____
Signature of Attorney

### ORDER

**APPROVED** by the Court. A plea of "Not Gulity" is entered for defendant effective **this date.**

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE