

**United States Department of Justice**
United States Attorney's Office
Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*   *Phone: (915) 534-6884*
*El Paso, Texas 79901*   *Facsimile 915.534.6024*

January 2, 2020

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:**   **U.S. v. ALEJANDRO CARRILLO, a.k.a JOHN LARRANUS, OSCAR MIRANDA, and JOSE URUETA**
            **COURT NUMBER: 3:19-cr-03932-DB**

Dear Sir or Madam:

    This is to advise you that the undersigned Trial Attorney with the Environmental Crimes Section of the United States Department of Justice is currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                JEAN E. WILLIAMS
                                DEPUTY ASSISTANT ATTORNEY GENERAL
                                ENVIRONMENT AND NATURAL
                                RESOURCES DIVISION

                        By:      /s/ Gary N. Donner
                                Gary N. Donner
                                Trial Attorney
                                Environmental Crimes Section
                                U.S. Department of