

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*



*United States Courthouse*
*525 Magoffin Street, Suite 161*
*El Paso, Texas 79901*

December 17, 2019

| | |
|---|---|
| **MEMORANDUM TO:** | United States Attorney's Office<br>Attn: AUSA Jose Luis Gonzalez |
| **FROM:** | Betty Cabrera, Investigative Research Specialist<br>W/TX - El Paso Division - Warrants Section |
| **SUBJECT:** | Notice of Incarceration of Federal Prisoner |

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | Alejandro CARRILLO |
| **CASE #(S):** | EP-19-CR-3932-DB |
| **VIOLATION(S):** | Conspiracy; Smuggling Goods |
| **DATE OF ARREST/DETAINER:** | December 11, 2019 |
| **INCARCERATED IN:** | El Paso County Detention Facility |
| | (County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.** |

*\* Detainer filed with* _____*by the United States Marshals Service in* _____. *If the defendant is needed for court, the United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc:   U.S. District Clerk/U.S. Magistrate
      U.S. Probation/U.S. Pre-Trial
      U.S. Marshals Service (Criminal Clerk)
      U.S. Marshals Service (D.E.O.)
      U.S. Marshals Service (USM123 File)