AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. EP-19-CR-3932-DB |
| ALEJANDRO CARRILLO | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEJANDRO CARRILLO aka John Larranus, Oscar Miranda, Jose Urueta,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:545 - Smuggling into U.S.
16:3372(a)(1) & 3373(d)(1)(B) - Lacey Act Wildlife Trafficking
16:3372(d)(1), 3373(d)(3)(A)(i) - Lacey Act False Wildlife Record

Date: 12/04/2019

*Issuing officer's signature*

City and state: El Paso, Texas

E. Chairez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/19, and the person was arrested on *(date)* 12/11/19
at *(city and state)*

Date: 12/12/2019

*Arresting officer's signature*

Justin Meys, Special Agent
*Printed name and title*