

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile 915.534.6024*

January 30, 2020

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

        **RE:** **U.S. v. ALEJANDRO CARRILLO, a.k.a  JOHN LARRANUS,
OSCAR MIRANDA, and  JOSE URUETA**
**COURT NUMBER:  3:19-cr-03932-DB**

Dear Sir or Madam:

      This is to advise you that the undersigned Trial Attorney with the Environmental Crimes Section of the United States Department of Justice is currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

      Thank you for your attention to this matter.

                            Respectfully submitted,

                            JEAN E. WILLIAMS
                            DEPUTY ASSISTANT ATTORNEY GENERAL
                            ENVIRONMENT AND NATURAL
                            RESOURCES DIVISION

                  By:        /s/ Mary Dee Carraway
                            Mary Dee Carraway
                            Trial Attorney
                            Environmental Crimes Section
                            U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

  I hereby certify that January 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel.

                      /s/ Mary Dee Carraway