IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-19-CR-3932(1)-DB |
| | § | |
| ALEJANDRO CARRILLO. | § | |

## ORDER

On this day, the Court considered Defendant's Motion for Continuance, made orally during Docket Call on February 7, 2020, in the above-captioned cause. The motion was made because Defendant needs additional time to prepare due to complex discovery issues in the case and for plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

In order to allow defense counsel the necessary reasonable amount of time to effectively prepare, the Court finds that the interests of justice outweigh the Defendant's and the public's interests in a speedy trial. *See* 18 U.S.C.A. § 3161(h)(7)(A) (West 2008). As such, the Court concludes that the time from February 7, 2020 through March 6, 2020, is excludable within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.* *See* 18 U.S.C.A. § 3161(h).

Accordingly, it is hereby ORDERED that Defendant's Motion for Continuance is GRANTED. This cause is rescheduled for Docket Call on March 6, 2020 at 10:30 A.M.

SIGNED this 7th day of February, 2020.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE