# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **DOCKET NO.: 3:19-CR-03932-DB** |
| | § | |
| **ALEJANDRO CARRILLO** | § | |

## DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Comes now, undersigned counsel for the Defendant, ALEJANDRO CARRILLO, on this day and respectfully notifies the Court of his intent to plead guilty in lieu of appearing at the Docket Call Hearing scheduled for June 5, 2020, and in support of said Notice shows the Court as follows:

I.

The Defendant moves to have the above styled and numbered cause set for a Plea Hearing and states that said Plea Hearing may be referred to the United States Magistrate to be set at the Court's convenience.

The Defendant requests the plea be set in 6 weeks.

Respectfully Submitted,

*/s/ Theresa Caballero*
Theresa Caballero
State Bar No. 03569625
300 E. Main St., Suite 1136
El Paso, Texas 79901
915-565-3550
915-562-5250 FAX

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above Notice was served upon opposing counsel, UNITED STATES ATTORNEY'S OFFICE by facsimile or electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant, in accordance with the Federal Rules of Criminal Procedure on the 22$_{nd}$ day of May 2020.

 

                                    /s/ Theresa Caballero
                                    Theresa Caballero
                                    Attorney for Defendant