# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:19-CR-03932(1)-DB |
| | § | |
| (1) ALEJANDRO CARRILLO | § | |

## ORDER RESETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PLEA** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, July 09, 2020 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 7th day of July, 2020.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE