IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO: EP: 3:19-CR-03932** |
| | § | |
| **ALEJANDRO CARRILLO** | § | |

### ORDER ON MOTION FOR GUIDENCE ON COURTROOM PROCEDURES IN LIGHT OF COVID-19/MOTION FOR CONTINUANCE

BE IT REMEMBERED, that on the _____ day of _____, 2020, came on to be considered the above and foregoing Motion for Guidance on Courtroom procedures in light of COVID-19/Motion for Continuance. This motion is:

( ) **GRANTED**

( ) **DENIED**

( ) **SET FOR A HEARING** on the _____ day of _____ _____, 2020, at _____ o'clock __.m.

_____
**UNITED STATES DISTRICT JUDGE**