IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO. 3:19-cr-03932-DB** |
| § | |
| **ALEJANDRO CARRILLO,** § | |
| a.k.a. **JOHN LARRANUS, OSCAR** § | |
| **MIRANDA, and JOSE URUETA** § | |
| § | |
| **Defendant.** § | |

## GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR GUIDANCE/CONTINUANCE

The United States of America, by and through the undersigned attorneys respectfully submits this response to Defendant Alejandro Carrillo's Motion for Guidance on Courtroom Procedures in Light of Covid-19/Motion for Continuance.

In light of the limitations and restrictions to courtroom attendance caused by the Covid-19 pandemic, and the Defendant's desire to have in-person witness testimony, the United States does not object to Defendant's request to continue his sentencing until a later date, with the understanding that all time resulting from the continuance is excluded from the speedy trial clock.

Respectfully submitted,

JEFFREY BOSSERT CLARK
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

By:     /s/ MDC and GND
Mary Dee Carraway
Gary N. Donner
Trial Attorneys
Environmental Crimes Section
U.S. Department of Justice