IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO:. EP: 3:19-CR-03932 |
| ALEJANDRO CARRILLO | § § | |

## ORDER ON MOTION FOR GUIDENCE ON COURTROOM PROCEDURES IN LIGHT OF COVID-19/MOTION FOR CONTINUANCE

BE IT REMEMBERED, that on the __11TH__ day of __Aug.__, 2020, came on to be considered the above and foregoing Motion for Guidance on Courtroom procedures in light of COVID-19/Motion for Continuance. This motion is:

(✓) GRANTED

( ) DENIED

(✓) SET FOR A SENTENCING HEARING on the __22nd__ day of __October__, 2020, at __1:30__ o'clock __P__.m.

_____
UNITED STATES DISTRICT JUDGE