# UNITED STATES DISCTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| | § | |
| | § | |
| | § | |
| Vs. | § | CRIMINAL NO: EP:19-CR-03932DB |
| | § | |
| | § | |
| ALEJANDRO CARRILLO | § | |

## ORDER ON DEFENDANT'S MOTION FOR AN EXTENSION OF THE SELF-SURRENDER DATE

On the _14th_ day of _____July_____, 2021, came on to be

considered the Defendant's Motion for Extension of Self-Surrender Date. After careful

consideration, the Court is of the opinion that such matter be, and is hereby:

( ✓ ) GRANTED. *He will Report Oct. 1, 2021 by 2:00 P.m.*

( ) DENIED, to which ruling the Defendant excepts.

SIGNED on the _14th_ day of _____July_____, 2021.

_____
Honorable David Briones
Senior United States District Judge